

**IN THE COURT OF CRIMINAL APPEALS
OF TEXAS**

**PD-0165-22**

**EX PARTE TUAN THANH PHAM, Appellee**

**ON DISCRETIONARY REVIEW
FROM THE FOURTEENTH COURT OF APPEALS
HARRIS COUNTY**

*Per curiam.*

**O P I N I O N**

Appellee pleaded guilty to the unlawful practice of dentistry. The trial court deferred adjudication and placed him on probation for two years; he completed that probation and the case was dismissed. He later filed a habeas application pursuant to Article 11.072 of the Texas Code of Criminal Procedure arguing that his guilty plea had been involuntary and that he had received ineffective assistance of counsel. The trial court granted habeas relief. The Court of Appeals reversed. *Ex parte Pham*, 640 S.W.3d 645 (Tex. App. – Houston [14th Dist.] 2022).

We granted review of this case on our motion. We now dismiss.

ENTERED: July 26, 2023

PUBLISH